Eric P. Oren, #106129
**LAW OFFICES OF ERIC P. OREN, INC.**
225 West Shaw Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 224-5900
Facsimile: (559) 224-5905
epo@ericorenlaw.com

Attorneys for Plaintiff, RICHELLA PSENNER

FILED
NOV 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| RICHELLA PSENNER,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTORIA'S SECRET STORES, LLC, LIMITED BRANDS STORE OPERATIONS, INC. and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:13-cv-01295-AWI-SMS<br><br>**STIPULATION AND ORDER**<br><br>Action Filed: July 15, 2013<br>Action Removed: August 15, 2013 |

**THE PARTIES HEREBY STIPULATE**, by and through their respective counsel in this action that all police reports created by the Clovis Police Department for the calendar years 2011 and 2012 made by any person which relates to any annoying, harassing or anonymous telephone calls to the Victoria Secret's store located in the Sierra Vista Mall in Clovis California be produced for the parties' review in this action and that the Clovis Police Department produce all police reports relating to any report made by Richella Psenner, whether she was identified as a victim or not and the following reports are ordered to be produced: Case No. 12-17931; Case No. 12-15275; Case No. 12-14585; Case Report No. 110013913.2; Case Report No. 110013913.1.

1     **IT IS FURTHER STIPULATED** that the parties request that all reports be ordered
2 and produced in unredacted form so that all information in the reports may be read and
3 reviewed.

4 DATED: November 20, 2013      LAW OFFICES OF ERIC P. OREN, INC.

6                                                  By: Eric P. Oren,
7                                                  Attorney for Plaintiff,
                                                 CHRISTIANA BORBOA

9 DATED: November 20, 2013      VORYS, SATER, SEYMOUR & PEASE LLP

*with approval in judge Snyder's presence*
SMS

                                                 By: Robert A. Harris
                                                 Attorney for Defendants,
                                                 VICTORIA'S SECRET STORES, LLC
                                                 Liana Hollingsworth

## ORDER

    **IT IS HEREBY ORDERED**, pursuant to the stipulation of counsel in this action that the City of Clovis Police Department shall produce all police reports for the calendar years 2011 and 2012 made by any person which relates to any annoying, harassing or anonymous telephone calls to the Victoria Secret's store located in the Sierra Vista Mall in Clovis California. **IT IS FURTHER ORDERED** that the Clovis Police Department shall produce all police reports relating to any report made by Richella Psenner, whether she was identified as a victim or not and the following reports are ordered to be produced: Case No. 12-17931; Case No. 12-15275; Case No. 12-14585; Case Report No. 110013913.2; Case Report No. 110013913.1. All reports are ordered to be produced in unredacted form so that all information in the reports may be read and reviewed.

Dated: **November 20, 2013**         _____
                                            UNITED STATES DISTRICT COURT
                                            SM SNYDER