ROBERT A. HARRIS (admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350

LIANA R. HOLLINGSWORTH (admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone: (216) 479-6100
Facsimile: (216) 479-6060

Attorneys for Defendants,
VICTORIA'S SECRET STORES, LLC and
RETAIL STORE OPERATIONS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHELLE PSENNER,<br><br>        Plaintiff,<br><br>vs.<br><br>VICTORIA'S SECRET STORES, LLC, LIMITED BRANDS STORE OPERATIONS, INC., and DOES 1 through 50, inclusive,<br><br>        **Defendants**. | Case No. 1:13-CV-1295 AWI SMS<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING CONFERENCE ORDER**<br><br>Action filed: July 15, 2013<br>Trial Date: September 15, 2015 |

Upon consideration of Defendants' Unopposed Motion to Amend the Scheduling Conference Order [DOC. 20], and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED. The Court hereby amends paragraph 12 of the Scheduling

Conference Order to reflect that Defendants requested bifurcation of Plaintiff's claim for punitive damages. The remainder of the Order remains in effect.

IT IS SO ORDERED.

DATED: 1/22/2014                                            /s/ SANDRA M. SNYDER
                                                            UNITED STATES MAGISTRATE JUDGE

*Richella Psenner v. Victoria's Secret Stores, LLC, Limited Brands Store Operations, Inc.*
**U.S. District Court, Eastern District of California, Case No. 1:13-CV-1295-AWI SMS**

### DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Cuyahoga, State of Ohio and my business address is Vorys, Sater, Seymour, and Pease LLP, 2100 One Cleveland Center, 1375 East Ninth Street, Cleveland, OH 44114.

On January 21, 2014 I caused to be served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND THE SCHEDULING CONFERENCE ORDER**

☒   by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

   Eric P. Oren
   *Attorney for Plaintiff, Richelle Psenner*
   225 W. Shaw Avenue, Suite 105
   Fresno, CA  93704

☒   **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Cleveland, Ohio, after the close of the day's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 21, 2014, at Cleveland, Ohio.

   /s/Liana R. Hollingsworth
   **Liana R. Hollingsworth**