1  Gregory J. Smith
   THE LAW OFFICE OF GREGORY J. SMITH
2  516 W. Shaw Avenue, Suite 200
   Fresno, CA  93704
3  Telephone: (559) 221-5100
   Facsimile: (559) 221-5126
4

5  Robert A. Harris  (Admitted *pro hac vice*)
   VORYS, SATER, SEYMOUR AND PEASE LLP
6  52 East Gay Street
   Columbus, OH 43215
7  Telephone:  (614) 464-6400
   Facsimile:  (614) 464-6350
8
   Liana R. Hollingsworth  (Admitted *pro hac vice*)
9  VORYS, SATER, SEYMOUR AND PEASE LLP
   2100 One Cleveland Center
10 1375 East Ninth Street
   Cleveland, OH  44114-1724
11 Telephone:  (216) 479-6100
   Facsimile:  (216) 479-6060
12
   Attorneys for Defendants,
13 VICTORIA'S SECRET STORES, LLC and
   RETAIL STORE OPERATIONS, INC.
14

15                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  RICHELLA PSENNER,<br><br>18              Plaintiff,<br><br>19       v.<br><br>20  VICTORIA'S SECRET STORES, LLC,<br>LIMITED BRANDS STORE OPERATIONS,<br>21  INC. and DOES 1 through 50, inclusive,<br><br>22  Defendants. | Case No.: 1:13-CV-1295-AWI-SMS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS RETAIL STORE OPERATIONS, INC. (INCORRECTLY CAPTIONED AS "LIMITED BRANDS STORE OPERATIONS, INC.") WITHOUT PREJUDICE**<br><br>Action filed:  July 15, 2013<br>Trial Date:  September 15, 2015 |

-1-                          Case No. 1:13-cv-1295-AWI-SMS
**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS RETAIL STORE OPERATIONS, INC. (INCORRECTLY CAPTIONED AS "LIMITED BRANDS STORE OPERATIONS, INC.") WITHOUT PREJUDICE**

Upon consideration of the Parties' Joint Stipulation to Dismiss Retail Store Operations, Inc. (incorrectly captioned as "Limited Brands Store Operations, Inc.") Without Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS SO ORDERED.

Dated:  February 28, 2014

_____
SENIOR DISTRICT JUDGE

*Richella Psenner v. Victoria's Secret Stores, LLC, Limited Brands Store Operations, Inc.*
**U.S. District Court, Eastern District of California, Case No. 1:13-CV-1295-AWI-SMS**

### DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Cuyahoga, State of Ohio and my business address is Vorys, Sater, Seymour, and Pease LLP, 2100 One Cleveland Center, 1375 East Ninth Street, Cleveland, OH 44114.

On February 28, 2014, I caused to be served the following document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS RETAIL STORE OPERATIONS, INC. (INCORRECTLY CAPTIONED AS "LIMITED BRANDS STORE OPERATIONS, INC.") WITHOUT PREJUDICE**

☒     by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

1  Eric P. Oren
   *Attorney for Plaintiff, Richelle Psenner*
2  225 W. Shaw Avenue, Suite 105
   Fresno, CA  93704

☒ **BY MAIL:**  I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Cleveland, Ohio, after the close of the day's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 28, 2014, at Cleveland, Ohio.

      /s/ Liana R. Hollingsworth
      **Liana R. Hollingsworth**