Andrew C. Smith  (Admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone:  (614) 464-6400
Facsimile:   (614) 464-6350

Robert A. Harris  (Admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone:  (614) 464-6400
Facsimile:  (614) 464-6350

Liana R. Hollingsworth  (Admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH  44114-1724
Telephone:  (216) 479-6100
Facsimile:  (216) 479-6060

Attorneys for Defendant
VICTORIA'S SECRET STORES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLA PSENNER,<br><br>            Plaintiff,<br><br>       v.<br><br>VICTORIA'S SECRET STORES, LLC,<br><br>            Defendant. | Case No.: 1:13-CV-1295-AWI-SMS<br><br>**ORDER GRANTING JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>Action filed:  July 15, 2013<br>Trial Date:  September 15, 2015 |

1    Upon consideration of the Parties' Joint Motion to Reschedule Settlement Conference,
2 and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED.
3 The settlement conference is rescheduled for November 5, 2014, at 1:00 pm before Magistrate
4 Sandra M . Snyder.

6    IT IS SO ORDERED.

8 DATED: 7/28/2014            BY:  /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE