Eric P. Oren, #106129
**LAW OFFICES OF ERIC P. OREN, INC.**
225 West Shaw Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 224-5900
Facsimile: (559) 224-5905
epo@ericorenlaw.com

Attorneys for Plaintiff, RICHELLA PSENNER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| RICHELLA PSENNER,<br><br>    Plaintiff,<br><br>    vs.<br><br>VICTORIA'S SECRET STORES, LLC, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:13-CV-01295-AWI-SMS<br><br>**ORDER GRANTING JOINT MOTION TO RESCHEDULE DISCLOSURE OF EXPERT WITNESS DATE**<br><br>Action Filed: July 15, 2013<br>Action Removed: August 15, 2013<br>Trial Date: September 15, 2015 |

Upon consideration of the Parties' Joint Motion to Reschedule Disclosure of Expert Witness Date, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED. The designation of expert witnesses is rescheduled to December 12, 2014, and the date to complete expert discovery is rescheduled to February 13, 2015.

IT IS SO ORDERED:

DATED: 9/9/2014                                    /s/ SANDRA M. SNYDER
                                                                 UNITED STATES MAGISTRATE JUDGE

F:\epo\PSENNER, Richella 00274\PLEADINGS\[PROPOSED] ORDER (TO RESCHEDULE DISCLOSURE OF EXPERTS).doc

1

\*                                                                                           Case No. 1:13-cv-01295-AWI-SMS